# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA CAREY,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00294-JAD-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is Plaintiff's motion to amend petition for removal. Docket No. 15. On May 15, 2025, Defendant filed a notice of settlement. Docket No. 16.

In light of the notice of settlement, the Court **DENIES** Plaintiff's motion without prejudice. Docket No. 15. The parties are **ORDERED** to file their stipulation to dismiss by June 13, 2025.

IT IS SO ORDERED.

Dated: May 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1