**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
           sgillespie@burgermeyer.com

Attorneys for Defendant
SAM'S WEST INC.
d/b/a SAM'S CLUB

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THERESA CAREY, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., d/b/a SAM'S CLUB, a Foreign Corporation; WALMART INC, a Foreign Corporation; DOE I a/k/a/ TIM, individually; DOES II through X; and ROE BUSNIESS ENTITIES Xi through XX, inclusive,<br><br>  Defendants. | Case No.: 2:25-cv-00294-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, THERESA CAREY and SAM'S WEST, INC., d/b/a SAM'S CLUB, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

DISMISSAL

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 17th Day of July 2025

By: /s/ Mark A. Rouse
Gina M. Corena, Bar No. 10330
Mark A. Rouse, Bar No. 12273
*Attorneys for Plaintiff*

Dated this 17th Day of July 2025

**BURGER, MEYER & D'ANGELO LLP**

Tabetha A. Martinez, Bar No. 14237
Susan E. Gillespie, Bar No. 15227
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation [ECF No. 18] and with good cause appearing, IT IS ORDERED that **this case is dismissed** with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. DISTRICT JUDGE
JENNIFER A. DORSEY
July 18, 2025